# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CINTAS CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **8:06CV262** |
| | ) |
| **JEFFREY ANDERSON, NICK JININGS** | )   **ORDER TO SHOW CAUSE** |
| **and JEFFREY LEE WILLIAMS,** | ) |
| | ) |
| **Defendants.** | ) |

The records of the court show that on April 7, 2006, letters (filings 20 through 31) were sent to the following attorneys from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admittance to practice in this district.

Albert H. Meyerhoff
LERACH, COUGHLIN LAW FIRM
9601 Wilshire Blvd.
Suite 510
Los Angeles, CA 90210

Michael Rubin
ALTSHULER, BERZON LAW FIRM
177 Post Street
Suite 300
San Francisco, CA 94108

Eileen B. Goldsmith
ALTSHULER, BERZON LAW FIRM
177 Post Street
Suite 300
San Francisco, CA 94108

Nancy M. Juda
LERACH, COUGHLIN LAW FIRM
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Helen I. Zeldes
LERACH, COUGHLIN LAW FIRM
655 West Broadway
Suite 1900
San Diego, CA 92101

Scott A. Kronland
ALTSHULER, BERZON LAW FIRM
177 Post Street
Suite 300
San Francisco, CA 94108

James A. Caputo
LERACH, COUGHLIN LAW FIRM
655 West Broadway
Suite 1900
San Diego, CA 92101

Steven W. Pepich
LERACH, COUGHLIN LAW FIRM
655 West Broadway
Suite 1900
San Diego, CA 92101

Lawrence A. Abel
LERACH, COUGHLIN LAW FIRM
655 West Broadway
Suite 1900
San Diego, CA 92101

Theodore J. Pintar
LERACH, COUGHLIN LAW FIRM
655 West Broadway
Suite 1900
San Diego, CA 92101

| | |
|---|---|
| Theresa M. Traber<br>TRABER, VOORHEES LAW FIRM<br>128 No. Fair Oaks Avenue<br>Suite 204<br>Pasadena, CA 91103 | Vanessa H. Eisemann<br>TRABER, VOORHEES LAW FIRM<br>128 No. Fair Oaks Avenue<br>Suite 204<br>Pasadena, CA 91103 |

As of May 12, 2006, none of the attorneys have complied with this request. Accordingly,

**IT IS ORDERED** that, on or before **June 1, 2006**, attorneys Albert H. Meyerhoff, Eileen B. Goldsmith, Helen I. Zeldes, James A. Caputo, Lawrence A. Abel, Michael Rubin, Nancy M. Juda, Scott A. Kronland, Steven W. Pepich, Theodore J. Pintar, Theresa M. Traber, and Vanessa H. Eisemann shall register for the System and obtain admittance to practice in this district or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED May 12, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**