IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CINTAS CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:06CV262 |
| | ) | |
| **JEFFREY ANDERSON, NICK JININGS** | ) | ORDER |
| **and JEFFREY LEE WILLIAMS,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Attorney Steven W. Pepich has responded to the Order to Show Cause concerning defense counsels' registration for CM/ECF and admission to practice in the District of Nebraska. This is one of approximately 70 cases filed in 37 states on Cintas Corporation's Motions to Compel Arbitration. The defendants/respondents have petitioned the Judicial Panel on Multidistrict Litigation to transfer all the cases to the Northern District of California for coordinated pretrial proceedings with *Veliz v. Cintas Corp.*, Case No. C-903-1180. Mr. Pepich advises that he is the sole attorney filing for appearance and admission in the majority of these actions. The only substantive matter shown as pending in this case is the petition for transfer and consolidation pending before the MDL Panel. Mr. Pepich has been admitted *pro hac vice* and local counsel has entered an appearance for the defendants.

    For good cause shown, and upon Mr. Pepich's representation that co-counsel waive notice of any further proceedings in this district, I find that the CM/ECF and admission requirements should be waived as to the following attorneys:

    Albert H. Meyerhoff                     Nancy M. Juda
    Eileen B. Goldsmith                     Scott A. Kronland
    Helen I. Zeldes                           Theodore J. Pintar
    James A. Caputo                        Theresa M. Traber
    Lawrence A. Abel                       Vanessa H. Eisemann
    Michael Rubin

**IT IS ORDERED:**

    1.    Attorneys Albert H. Meyerhoff, Eileen B. Goldsmith, Helen I. Zeldes, James A. Caputo, Lawrence A. Abel, Michael Rubin, Nancy M. Juda, Scott A. Kronland, Theodore

J. Pintar, Theresa M. Traber, and Vanessa H. Eisemann are hereby excused from registering for the CM/ECF System and obtaining admission to practice in this district.

2. The Clerk shall terminate the appearances of attorneys Albert H. Meyerhoff, Eileen B. Goldsmith, Helen I. Zeldes, James A. Caputo, Lawrence A. Abel, Michael Rubin, Nancy M. Juda, Scott A. Kronland, Theodore J. Pintar, Theresa M. Traber, and Vanessa H. Eisemann and shall cease all notices as to these attorneys.

3. Attorney Steven W. Pepich shall serve all documents, notices of electronic filing, and the like to all co-counsel of record who do not register for the CM/ECF System. The Clerk of the Court shall not be required or expected to mail any notice copies to counsel who fail to register for the CM/ECF System.

**DATED June 5, 2006.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**