IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINTAS CORPORATION, | ) | CASE NO. 8:06CV262 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING STIPULATION |
| | ) | AND STAYING PROCEEDINGS |
| JEFFREY ANDERSON, NICK JININGS, | ) | |
| and JEFFREY LEE WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Stipulation (Filing No. 37) of the parties regarding service of process and requesting a stay of further proceedings in this matter pending a decision of the Judicial Panel on Multidistrict Litigation (the "Panel") regarding a pending motion to transfer and consolidate this action. (See Filing Nos. 15, 16, 17, 18, 19, 35 and 36). This Court adopts the parties' stipulation and grants their motion to stay proceedings herein pending the Panel's ruling on the pending motion.

In accordance with the Stipulation, the Court finds and orders as follows:

Cintas Corporation ("Cintas") initiated this proceeding by filing its "Petition for Order Directing Arbitration to Proceed in the Manner Provided for in Written Agreement for Arbitration, in Accordance with the Terms of the Agreement, Pursuant to 9 U.S.C. §4," (Filing No. 1);

The Defendants ("Respondents") are individuals who filed Consent-to-Sue forms pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 216(b), in the action entitled *Veliz et al. v. Cintas Corporation,* Case No. C 03-1180 SBA (N.D. Cal.) (the "*Veliz* Litigation");

*Veliz* Plaintiffs' Counsel have filed with the Panel the *Veliz* Plaintiffs' Motion to Transfer and Consolidate Pursuant to 28 U.S.C. §1407, which motion Cintas opposes;

The motion before the Panel seeks to transfer and consolidate this proceeding with 69 other Petition proceedings initiated by Cintas in other federal district courts, for pretrial proceedings before the United States District Court for the Northern District of California.

IT IS ORDERED:

1. The Stipulation of the parties (Filing No. 37) is accepted;

2. Upon delivery to one of Respondents' counsel all documents required to be served on Respondents in connection with this proceeding, service of the summons issued by this Court and service of the Petition and all other documents required to be served upon Respondents as of the date counsel signed the Stipulation are deemed complete, and entry of this Order constitutes Proof of Service as to each Respondent as to whom Cintas has not already filed a Proof of Service;

3. Cintas will cease efforts to serve process directly upon Respondents in this proceeding;

4. This proceeding is stayed, except as otherwise provided herein, until 30 days after the Panel issues its decision on the pending Motion to Transfer and Consolidate; provided, however, that if the Motion is granted, nothing herein shall operate as any stay in any transferee Court to which this proceeding may be transferred by order of the Panel; and

5. The stay issued pursuant to this Order does not apply to the filing and entry of any Request for Dismissal as to any Respondent, so that if a resolution of claims occurs as between Cintas and a Respondent, the entry of dismissal of such a Respondent from this proceeding will not be stayed.

DATED this 15th day of June, 2006.

                BY THE COURT

                s/Laurie Smith Camp
                United States District Judge